DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES EARL EDMISTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06cr00335 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONDITIONS OF RELEASE AND |
| v. | ) | ORDER |
| JAMES EARL EDMISTON, | ) | |
| Defendant. | ) | |

The parties stipulate that the court should issue the following order regarding the release of the defendant, James Earl Edmiston:

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant be released from custody subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on pretrial release in the case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney's Office in writing of any change in address or telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear next at United States District Court, 2500 Tulare

1  Street, Fresno, California on October 23, 2006 at 9:00 a.m., Judge Ishii.

2      (4) The defendant is placed in the third-party custody of Rudy Cosio who agrees (a) to supervise
3  the defendant in accordance with the conditions of release, (b) to use every effort to assure the appearance
4  of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the
5  defendant violates any condition of release or disappears.

6      (5) The defendant shall:

7      (a) report on a regular basis to Pretrial Services and comply with their rules and regulations.

8      (b) report in person to the Pretrial Services Agency on the first working day following your
9  release from custody.

10      (c) reside at a residence approved by the Pretrial Services Officer, and not move or be absent
11  from this residence for more than twenty-four hours without prior approval of the Pretrial
12  Services Officer.

13      (d) travel is restricted to the Eastern or Central Districts of California, unless otherwise
14  approved in advance by the Pretrial Services Officer.

15      (e) surrender any passport to the Clerk, United States District Court.

16      (f) not obtain any passport during the pendency of this criminal case.

17      (g) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of
18  the conditions of release the following designated property: A total equity bond (not less than
19  $200,000) secured by equity in property owned by Dr. Michael Papdopoulos located at: 658-
20  660 Coronado Avenue, Long Beach California 90814.

21      (h) participate in the following HOME DETENTION program and abide by all requirements of
22  the program which will include electronic monitoring, at your expense. As a condition of home
23  detention you are restricted to your residence at all times except for employment, education,
24  religious services, or mental health treatment, attorney visits, court appearances; court-ordered
25  obligations, or other activities as pre-approved by the Pretrial Services officer or that person's
26  supervising officer.

27      (i) undergo psychiatric treatment as follows: to participate in treatment at Insight
28  Psychotherapy Group with Dr. Bob Orkin to the extent medically necessary and pay for cost as

approved by the Pretrial Services Officer.

(6) Not possess a firearm, destructive device, or other dangerous weapon.

(7) Surrender any computer hard drives to the Federal Defender's Office which was used to perform any "forensic examination" for cases related to the sexual exploitation of minors on which you were retained as an "expert" and/or any images pertaining to these "forensic examinations." The Federal Defender's Office shall secure the hard drives during the pendency of this case and will agree to surrender the hard drive to the United States District Court only upon issuance of a search warrant by the court.

(8) Not work on any cases related to the sexual exploitation of minors during the pendency of this criminal case.

The undersigned hereby agree to the above below:

DANIEL J. BRODERICK
Federal Defender

Dated:  October 19, 2006          /s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant
JAMES EARL EDMISTON


McGREGOR W. SCOTT
United States Attorney

Dated:  October 19, 2006          /s/ David L. Gappa

DAVID L. GAPPA

Assistant United States Attorney

Attorney for the Government

IT IS SO ORDERED.

**Dated:   October 23, 2006**          /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE