DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES EARL EDMISTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-0335 AWI |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | DATE: March 5, 2007 |
| JAMES EARL EDMISTON, ) | TIME : 9:00 a.m. |
| *Defendant.* ) | DEPT : Hon. Anthony W. Ishii |

  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for January 22, 2007, may be continued to **March 5, 2007 at 9:00 a.m.**

  The reason for this continuance is to allow counsel for defendant time for further preparation.

  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: January 17, 2007       MCGREGOR W. SCOTT
                              United States Attorney

                               /s/ David L. Gappa
                              DAVID L. GAPPA
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


DATED: January 17, 2007       DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Robert W. Rainwater
                              ROBERT W. RAINWATER
                              Assistant Federal Defender
                              Attorney for Defendant


**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    January 19, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE