DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES EARL EDMISTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>JAMES EARL EDMISTON,<br><br>        *Defendant*. | NO.  1:06-cr-00335 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON<br><br>Date:  July 27, 2007<br>Time:  9:00 a.m.<br>Judge: Hon.  Lawrence J. O'Neill |

      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing currently set for July 13, 2007, be continued to **July 27, 2007 at 9:00 a.m.**

      The continuance is at the request of defense counsel to provide additional time for further investigation, review and preparation of any relevant objections/replies to the Presentence Report prior to the sentencing hearing. Because of defense counsel's workload prior to his vacation and his vacation between May 17, 2007 and June 4, 2007, an interview with the probation officer was not conducted until June 14, 2007. Because of the late interview date the probation officer has not had an opportunity to finish the advisory guideline presentence report and provide it to the parties for review. In order to give the probation officer time to complete the report and the parties an opportunity to review it both parties agree to continue the sentencing hearing to July 27, 2007.

      The parties agree that the ends of justice which are served by the continuance outweigh the best

1

interest of the public and the defendant in a speedy sentencing, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: June 22, 2007  DANIEL J. BRODERICK
Federal Defender

By /s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant

DATED:   June 22, 2007  MCGREGOR W. SCOTT
United States Attorney

By /s/ David Gappa
DAVID GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy sentencing hearing. Good cause has been stated, both for the continuance and the exclusion of time.

IT IS SO ORDERED.

**Dated:   June 22, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Edmiston - Stipulation and Proposed Order          2