DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
James Earl Edmiston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-00335 AWI |
| Plaintiff, | **APPLICATION FOR ORDER EXONERATING PROPERTY BOND, RETURN OF PASSPORT, AND RETURN OF COMPUTER HARD DRIVES, AND ORDER THEREON** |
| v. | |
| JAMES EARL EDMISTON, | |
| Defendant. | |

Defendant James Earl Edmiston hereby moves this court for an order to: 1) exonerate the property bond posted in this case and reconvey title to Michael and Jane Papadopoulos (Deed of Trust #06-2351646); 2) return Mr Edmiston's passport (rec#100-204125), and; 3) return Mr. Edmiston's computer hard drives, which are currently in the custody of the Office of Federal Defender.

On October 20, 2006, Mr. Edmiston appeared in this matter before Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services. On October 23, 2006, an Order Setting Conditions of Release was signed by Judge Snyder[1] requiring "a total equity (not less than $200,000)" property bond  (*See* Conditions of Release, at 7(j), attached as **Exhibit 1**).  Additionally, Mr. Edmiston was required to surrender his passport to the Clerk of the United States District Court (Ex. 1, at 7(n)), and surrender any computer hard drives used in cases in which he

---

[1] An Amended Order Setting Conditions of Release was filed October 27, 2006, but the conditions relevant to this motion remained the same.

1  was retained as an expert to the Office of the Federal Defender. (Ex. 1, at 7(k))

2  On October 20, 2006, Mr. Edmiston surrendered his passport to the Clerk of the Court, (Rec #100-
3  204125) (C.R. 16, attached as **Exhibit 2**). Also on this date, Mr. Edmiston surrendered the required hard
4  drives to the Office of the Federal Defender (**Exhibit 3**). On March 23, 2007, Michael and Jane
5  Papadopoulos filed a Deed of Trust (#06-2351646) and Original Straight note with the Clerk of the United
6  States District Court on Mr. Edmiston's behalf. (C.R. 19)

7  On July 27, 2007, Mr. Edmiston appeared before District Court Judge Lawrence J. O'Neill for
8  sentencing, and subsequently surrendered himself into the custody of the United States Marshal. (C.R. 44)
9  Since James Earl Edmiston has met the conditions required by the Court in this matter, he requests that the
10 court: 1) exonerate the property bond posted in this case and reconvey title to Michael and Jane
11 Papadopoulos (Deed of Trust #06-2351646); 2) order the return of his passport (rec# 100-204125), and;
12 3) order the return of his computer hard drives, which are currently in the custody of the Office of Federal
13 Defender.

14 DATED: September 13, 2007

15 Respectfully submitted ,

16 DANIEL J. BRODERICK
   Federal Defender

18  /s/ Robert W. Rainwater
    ROBERT W. RAINWATER
    Attorney of Record for
19  James Earl Edmiston

22 **O R D E R**

24 IT IS HEREBY ORDERED that:

25 1) the property bond posted in this case (Deed of Trust #06-2351646), be exonerated and title be
26 reconveyed to Michael and Jane Papadopoulos;

27 2) James Earl Edmiston's passport be returned to him, and;

3) James Earl Edmiston's computer hard drives, currently in the custody of the Office of the Federal Defender, be returned to him.

IT IS SO ORDERED.

**Dated:   September 17, 2007**             /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE